IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK JACOBS,**<br>*Plaintiff,*<br><br>**v.**<br><br>**PHILADELPHIA POLICE COMMISSIONER DANIELLE OUTLAW et al.,**<br>*Defendants.* | **Civil No. 24-3051** |

**ORDER**

**AND NOW**, this 29th day of September, 2026, upon consideration of the City Defendants' Motion to Dismiss (ECF No. 27), the DAO Defendants' Motion to Dismiss (ECF No. 31), and all corresponding briefing, it is hereby **ORDERED** that Motions are **GRANTED** for the reasons stated in the accompanying Memorandum. The Second Amended Complaint is **DISMISSED** in its entirety as follows:

1. Plaintiff's claims under criminal statutes 18 U.S.C. §§ 241 and 242 (Counts IV and V) are **DISMISSED WITH PREJUDICE**.
2. Plaintiff's malicious prosecution claims (Counts I and III) are **DISMISSED WITHOUT PREJUDICE**.
3. Plaintiff's retaliation claim (Count II) is **DISMISSED WITHOUT PREJUDICE**.
4. Plaintiff's Section 1983 conspiracy claim (Count VI) is **DISMISSED WITHOUT PREJUDICE.**
5. Plaintiff is granted leave to file a Third Amended Complaint on or before October 20, 2026. Leave to amend is strictly limited to the claims dismissed

without prejudice outlined above. Plaintiff may not reassert claims dismissed with prejudice or introduce new claims, counts, or defendants.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge